# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DAN DEFOREST,<br><br>                Plaintiff,<br><br>   v.<br><br>ROYAL SEAS CRUISES, INC.<br><br>                Defendant. | Case No. 17-cv-01988-BAS-AGS<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |
|---|---|

On December 4, 2017, District Judge Anthony Battaglia ordered consolidation of *Dan Deforest v. Royal Seas Cruises, Inc.*, No. 17-cv-1988, with *McCurley v. Royal Seas Cruises, Inc.*, No. 17-cv-00986-BAS-AGS, "into one action[.]" (ECF No. 28.) The order required Plaintiffs to file a consolidated complaint "after which time, the Deforest case shall be dismissed without prejudice." (*Id.*) Plaintiffs McCurley and DeForest filed a consolidated complaint in *McCurley*, adding both Plaintiffs into one action against Royal Seas Cruises, Inc. (ECF No. 31.) Based on the consolidation order and the consolidated complaint, there is only one relevant action and operative complaint. Accordingly, the Court **ORDERS** the Clerk of the Court to **ADMINISTRATIVELY CLOSE** the above-captioned case.

    IT IS SO ORDERED.

**DATED: December 18, 2018**

Hon. Cynthia Bashant
United States District Judge

– 1 –